UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-01243-FWS-JDE | Date | June 29, 2026 |
|---|---|---|---|
| Title | Tapias v. Green Cheek Beer Company, LLC et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal                                        Not Reported
Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

_____

The court, having been advised by a Notice of Settlement [16] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                        - _____ : _____ -

                                    Initials of Deputy Clerk     rrp

CC:

CV-90 (06/04)                         **CIVIL MINUTES - GENERAL**                         Page  1  of  1